BLANCHE A. FRIED, Respondent, v. LEO FRIED, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GLOBE PAINTING & DECORATING COMPANY, INC., Respondent, v. E. WATERS & COMPANY, INC., and SEABOARD SURETY COMPANY, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, O'Malley and Townley, JJ.

JOSEPH HERMAN, Appellant, v. MADDALENA LAMOTTA, Also Known as " LENA," Also Known as " MADDALENA RICCI " and as " LENA RICCI," Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HAMILTON ABERT and Others, Respondents, v. PUBLIC SERVICE CORPORATION OF LONG ISLAND, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MAX FIERING and Others, Respondents, v. MORRIS MARKIN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK PLUMBERS SPECIALTIES CO., INC., Appellant, v. FARWOOD REALTY Co., INC., Respondent, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

ANGELO CARUSO and Others, Appellants, v. LAMPORT MFG. SUPPLY Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE NEW YORK SOCIETY FOR THE SUPPRESSION OF VICE, Respondent, v. MACFADDEN PUBLICATIONS, INC., and BERNARR MACFADDEN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANGELO MALGIERI, Respondent, v. JACOB SHEVELL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES E. WILSON, Respondent, v. HARRY STERN and Another, Defendants, Impleaded with HARRY G. BENSON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of HANS KOEHLER, Respondent, v. ABRAHAM ZANG, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

M. STANLEY TWEEDIE, Appellant, v. SUBMARINE BOAT CORPORATION AND TRANSMARINE CORPORATION, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM CYMBAL and ABRAHAM BIEDERMAN, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.